IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VENTRONICS SYSTEMS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DRÄGER MEDICAL, GmbH, DRAEGER MEDICAL, INC., DRAEGER MEDICAL SYSTEMS, INC., MAQUET CRITICAL CARE AB, MAQUET, INC., HAMILTON MEDICAL AG, HAMILTON MEDICAL, INC., EVENT MEDICAL, LTD., and EVENT MEDICAL, INC., | ) ) ) ) ) ) ) ) ) ) Case No. 6:10-cv-582-LED **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

Plaintiff, Ventronics Systems, LLC, hereby provides notice to the Court that on October 18, 2011, Ventronics Disclosed to the Defendants its Preliminary Claim Terms and Extrinsic Evidence pursuant to P.R. 4-2 and the Court's Docket Control Order (Dkt. No. 94) as amended.

Dated: <u>October 19, 2011</u>       Respectfully submitted,

                          */s/ John C. Low*
                          Michael E. Shanahan, Lead Counsel
                          MCDERMOTT WILL & EMERY LLP
                          340 Madison Avenue
                          New York, New York 10173-1922
                          Tel: (212) 547-5400
                          Fax: (212) 547-5444
                          E-mail: mshanahan@mwe.com

                          Fay E. Morisseau (Texas Bar No. 14460750)
                          John C. Low (Texas Bar No. 24050960)

        MCDERMOTT WILL & EMERY LLP
        1000 Louisiana Street, Suite 3900
        Houston, Texas 77002
        Tel: (713) 653-1781
        Fax: (713) 739-7592
        E-mail: fmorisseau@mwe.com
        E-mail: jlow@mwe.com

        J. Thad Heartfield
        (Texas Bar No. 09346800)
        M. Dru Montgomery
        (Texas Bar No. 24010800)
        THE HEARTFIELD LAWFIRM
        2195 Dowlen Road
        Beaumont, Texas 77706
        Tel: (409) 866-3318
        Fax: (409) 866-5789
        E-mail: thad@jth-law.com
        E-mail: dru@jth-law.com

        **ATTORNEYS FOR PLAINTIFF,**
        **VENTRONICS SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 19th day of October, 2011. Any other counsel of record will be served by facsimile transmission and/or first class mail.

        */s/ John C. Low*
        John C. Low

DM_US 30505592-1.087038.0011