Case 1:11-cv-01114-UNA   Document 162   Filed 11/10/11   Page 1 of 1 PageID #: 1448

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

November 10, 2011

TO:    M. Dru Montgomery
        J. Thad Heartfield
        The Heartfield Law Firm
        2195 Dowlen Road
        Beaumont Texas 77706

       RE:    Civil Action No.: 11cv1114

Dear Counsel:

The above referenced action was filed in this district on 11/10 /11.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective April 30, 2010) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

    (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted *pro hac vice* in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

    (e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

        (1) The filing of the first paper filed on its behalf; or

        (2) The filing of a case transferred or removed to this Court.

    Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

**Please have your local counsel enter an appearance on or before 12/15/11.** Additionally, please refer to the Standing Order and Administration Procedures for form requirements in patent cases, found on our website at www.ded.uscourts.gov.

        Sincerely,

        Peter T. Dalleo
By: /s/ _____    Clerk of Court